<pre>
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     SOUTHERN DISTRICT OF CALIFORNIA
10                      (HON. CATHY ANN BENCIVENGO)
11
12  UNITED STATES OF AMERICA,        )  Crim. No.: 25-CR-652-CAB
13                                   )
                Plaintiff,           )
14                                   )
    v.                               )  ORDER GRANTING JOINT MOTION
15                                   )  TO CONTINUE MOTION
    EDITH MORENO (1)                 )  HEARING/TRIAL SETTING AND
16  NATALY GRACIELA MONCAYO (2),     )  EXCLUSION OF TIME
                                     )
17              Defendants.          )
18
</pre>

Upon joint motion filed and good cause shown,

**IT IS HEREBY ORDERED** the joint motion to continue is granted. The Motion Hearing/Trial Setting in this matter now scheduled for June 6, 2025, be continued until August 27, 2025, at 10:30 a.m. For the reasons set forth in the Joint Motion, the Court finds the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). Therefore, time is excluded from June 6, 2025, through August 27, 2025.

**IT IS FURTHER ORDERED** that all defendants sign an acknowledgment of next court date and filed by June 6, 2025.

**IT IS SO ORDERED**.

Dated:  6/2/2025

　　　　　　　　　　　　　　　　　　_____
**HONORABLE CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT COURT JUDGE